```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19409
   SABINA R JONES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6338

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 12/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

     The case was converted to chapter 7 after confirmation 10/09/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
HOME  LOAN  SERVICES        CURRENT MORTG         .00             .00           .00
HOME  LOAN  SERVICES        MORTGAGE ARRE         .00             .00           .00
FORD  MOTOR  CREDIT         SECURED VEHIC    12052.10          779.65       1599.39
COOK  COUNTY  TREASURER     SECURED            241.06             .00        241.06
INTERNAL REVENUE SERVICE    PRIORITY          1522.21             .00           .00
ROBERT J ADAMS & ASSOC      PRIORITY         NOT FILED            .00           .00
ROUNDUP FUNDING LLC         UNSECURED          613.97             .00           .00
APPLIED CARD BANK           UNSECURED         1508.65             .00           .00
COMCAST                     UNSECURED        NOT FILED            .00           .00
PREMIER BANKCARD            UNSECURED          465.21             .00           .00
ECAST SETTLEMENT CORP       UNSECURED        11117.61             .00           .00
ECAST SETTLEMENT CORP       UNSECURED          668.96             .00           .00
ADVOCATE TRINITY HOSPITA    UNSECURED        NOT FILED            .00           .00
GRAND GENEVA VAC CONDO A    UNSECURED        NOT FILED            .00           .00
SALLIE MAE SERVICING COR    NOTICE ONLY      NOT FILED            .00           .00
SETTLEMENT ONE              UNSECURED          122.43             .00           .00
PORTFOLIO RECOVERY          UNSECURED         1495.90             .00           .00
SINAI HEALTH SYSTEM         UNSECURED        NOT FILED            .00           .00
TARGET NATIONAL BANK        UNSECURED         1478.82             .00           .00
INTERNAL REVENUE SERVICE    UNSECURED            2.01             .00           .00
SALLIE MAE INC              UNSECURED        10761.62             .00           .00
ISAC                        UNSECURED        27978.26             .00           .00
ROBERT J ADAMS & ASSOC      REIMBURSEMENT       32.33             .00         32.33
ROBERT J ADAMS & ASSOC      DEBTOR ATTY      3,500.00                        838.36
TOM VAUGHN                  TRUSTEE                                          293.81
DEBTOR REFUND               REFUND                                           625.00

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     4,409.60

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19409 SABINA R JONES
```

```
PRIORITY                                                             32.33
SECURED                                                           1,840.45
     INTEREST                                                       779.65
UNSECURED                                                              .00
ADMINISTRATIVE                                                      838.36
TRUSTEE COMPENSATION                                                293.81
DEBTOR REFUND                                                       625.00
                                       ---------------     ---------------
TOTALS                                        4,409.60            4,409.60
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 01/27/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                             PAGE   2
         CASE NO. 07 B 19409 SABINA R JONES